Peter C. Richter, P.C.
OSB No. 711465
peter.richter@millernash.com
Steven G. Liday
OSB No. 075975
steven.liday@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

*Attorneys for Plaintiff
Don Rasmussen Company
dba Mercedes-Benz of Portland*

Kerry J. Shepherd, OSB No. 94434
Paul Bierly, OSB No. 950548
KerryShepherd@MHGM.com
PaulBierly@MHGM.com
MARKOWITZ, HERBOLD, GLADE &
MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204-3730
Telephone: (503) 295-3085

Hugh Q. Gottshcalk, *Admitted Pro Hac Vice*
Steven M. Kelso, *Admitted Pro Hac Vice*
Andrew M. Unthank, *Admitted Pro Hac Vice*
Gottschalk@wtotrial.com
Kelso@wtotrial.com
Unthank@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
1801 California Street, Suite 3600
Denver, Colorado 80202-2617
Telephone: (303) 244-1800

*Attorneys for Defendant Mercedes-Benz,
USA, LLC*

FILED
APR 29 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| DON RASMUSSEN COMPANY dba MERCEDES-BENZ OF PORTLAND, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ, USA, LLC, a foreign limited liability company,<br><br>    Defendant. | CV No. Case No. 10-1396-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Page 1 -   Stipulated Judgment of Dismissal With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing plaintiff's claims with prejudice and without costs or attorney fees to any party.

IT IS SO STIPULATED:

DATED this 28th day of April, 2011.

MILLER NASH LLP

*[signature]*

Peter C. Richter, P.C., OSB No. 711465
peter.richter@millernash.com
Steven G. Liday, OSB No. 075975
steven.liday@millernash.com
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

*Attorneys for Plaintiff*
*Don Rasmussen Company*

WHEELER TRIGG O'DONNELL LLP

*[signature]*

Hugh Q. Gottshcalk, *Pro Hac Vice*, CSB No. 9750
Steven M. Kelso, *Pro Hac Vice*, CSB No. 29099
Andrew M. Unthank, *Pro Hac Vice*, CSB No. 36832

MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.

Kerry J. Shepherd, OSB 94434
KerryShepherd@MHGM.com
Paul Bierly, OSB No. 950548
PaulBierly@MHGM.com
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204-3730
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

*Attorneys for Defendant Mercedes-Benz, USA, LLC*

## ORDER

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Plaintiff's claims are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: _April 29, 2011_     _____
Hon. Anna J. Brown
United States District Court Judge